# EXHIBIT A

TIAA
730 Third Avenue
New York, NY 10017

TIAA

March 18, 2024

SARA SPOHNHEIMER
[redacted]

**RE: Security Incident – Credit Monitoring**

Dear Sara Spohnheimer:

We are writing to update you on the cybersecurity incident experienced by TIAA and TIAA Life's administrative support services vendor, Infosys McCamish Systems, LLC ("IMS"), which resulted in an operational outage during the month of November. We previously informed you about this outage in November 2023 and the subsequent restoration of services in December 2023. As of the date of this letter IMS has provided us with information indicating that personal information for some of our customers was impacted, but IMS has not yet confirmed whether your specific personal information has been impacted. However, out of an abundance of caution, we are providing you with more information about what happened, what data may have been impacted, and tools to help you protect against possible identity theft or fraud.

**What Happened**: On or around November 2, 2023, IMS was impacted by a cybersecurity incident in which an unauthorized party gained access to IMS systems and data. IMS immediately disabled the systems and retained a third-party forensics firm to investigate and assist with IMS's recovery plan. IMS implemented additional security controls and restored full services in December and has found no evidence of continued threat actor access in its environment.

IMS also retained a second third-party e-discovery firm to investigate what data was impacted, and to whom it may belong.

**What Information Was Involved** While we have received confirmation that personal information for some of our customers was impacted, the third-party firm engaged by IMS is currently conducting a review to determine whether your specific personal information was impacted. This review is ongoing. We will notify you in the event IMS determines that your specific personal information was impacted. The types of data that could be impacted varies by individual and could include some or all the following: name, Social Security number, date of birth, life insurance policy number, annuity contract number, financial account number, and medical information that you may have provided to TIAA or TIAA Life in relation to a life insurance policy.

**What We Are Doing**: Neither TIAA nor IMS is aware of any actual access to or misuse of your specific personal information. However, in an abundance of caution, IMS has secured Kroll's services to provide identity monitoring services **at no cost to you** for 2 years from the date of your activation. Kroll is a risk mitigation and response firm that helps individuals monitor for indicators of potential fraud or identity theft. Your identity monitoring services include Credit Monitoring, Web Watcher, $1 Million Identity Fraud Loss Reimbursement, Fraud Consultation, and Identity Theft Restoration. These services will expire at the conclusion of the complimentary 2-year period and will not automatically renew.

> Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.
> *You have until **May 31, 2024** to activate your identity monitoring services.*
> Membership Number: **EJUZ38798-P**

For more information about Kroll and your identity monitoring services, you can visit info.krollmonitoring.com.

Please have your Membership Number located in this letter ready when calling.

Additional information describing your services is included with this letter.


©2023 Teachers Insurance and Annuity Association of America-College Retirement Equities Fund, 730 Third Avenue, New York, NY 10017