UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA SPOHNHEIMER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA and TIAA-CREF LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:24-cv-06963-JSR |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Sara Spohnheimer ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action as follows:

1. All claims of Plaintiff, individually, are dismissed without prejudice; and

2. All claims of any unnamed member of the proposed class are dismissed without prejudice.

Dated: October 9, 2024

Respectfully submitted,

*/s/ Steven Sukert*
Steven Sukert (Bar No. 5690532)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Boulevard Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 990-2218
sukert@kolawyers.com

*Counsel for Plaintiff and the Putative Class*

SO ORDERED

[signature]
USDJ
10-10-24

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2024, a copy of the foregoing document was filed via the Court's CM ECF filer system, thereby causing a true and correct copy to be sent to all ECF registered counsel of record.

/s/ *Steven Sukert*
Steven Sukert